UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY -3 2010
Clerk, U.S. District and
Bankruptcy Courts

Troy A. Smocks,

    Plaintiff,

    v.

The United States of America et al.,

    Defendants.

Civil Action No. 10-361 (UNA)

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed without prepayment of fees is GRANTED for the sole purpose of issuing this order; and it is further

ORDERED that plaintiff's complaint, construed as one sounding in habeas, is DISMISSED without prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Date: April 30, 2010

United States District Judge